## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM MCQUEEN, et al.,** | : | |
| | : | |
| Plaintiff | : | Civil No. 1:14-CV-1335 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **DENNIS FETTER,** | : | (Magistrate Judge Carlson) |
| | : | |
| Defendant | : | |

## REPORT AND RECOMMENDATION

This is a diversity motor vehicle accident case. The current status of this case appears to be that mediation has concluded unsuccessfully, discovery will soon close, there are no pre-trial dispositive motions pending which require the preparation of a Report and Recommendation, the parties have not consented to magistrate judge jurisdiction, and the parties have asked the district court to schedule this matter for trial. (Doc. 16.) Accordingly, IT IS RECOMMENDED that the case be listed for trial at the convenience of the district court and the parties.

The parties are further placed on notice that pursuant to Local Rule 72.3:

Any party may object to a magistrate judge's proposed findings, recommendations or report addressing a motion or matter described in 28 U.S.C. § 636 (b)(1)(B) or making a recommendation for the disposition of a prisoner case or a habeas corpus petition within fourteen (14) days after being served with a copy thereof. Such party shall file

with the clerk of court, and serve on the magistrate judge and all parties, written objections which shall specifically identify the portions of the proposed findings, recommendations or report to which objection is made and the basis for such objections. The briefing requirements set forth in Local Rule 72.2 shall apply. A judge shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made and may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. The judge, however, need conduct a new hearing only in his or her discretion or where required by law, and may consider the record developed before the magistrate judge, making his or her own determination on the basis of that record. The judge may also receive further evidence, recall witnesses or recommit the matter to the magistrate judge with instructions.

Submitted this 23d day of February, 2015.

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge