IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM MCQUEEN, et al.** | : | CIVIL ACTION NO. 1:CV-14-CV-1335 |
| | : | |
| **Plaintiffs** | : | **(JUDGE KANE)** |
| | : | **(Magistrate Judge Carlson)** |
| v. | : | |
| | : | |
| **DENNIS FETTER** | : | |
| | : | |
| **Defendant** | : | |

## O R D E R

Before the Court in the captioned action is a February 23, 2015 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

**ACCORDINGLY**, **THIS** 16th day of March 2015, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT** the Court adopts the Report and Recommendation (Doc. No. 17) of Magistrate Judge Carlson. A phone conference will be held on April 1, 2015, at 10:30 a.m. to discuss scheduling this matter for trial. Plaintiff's counsel shall initiate the conference call. The telephone number of the Court is 717-221-3990.

s/ Yvette Kane
YVETTE KANE, District Judge
United States District Court
Middle District of Pennsylvania